AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Desiree Justus, for herself and all others similarly situated,<br>*Plaintiff*<br>v.<br>Nina's Health Care Services, LLC, et al.,<br>*Defendant* | Civil Action No. 2:21-cv-2270 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Court grants the Parties' Joint Motion for Approval of Settlement. The Settlement Agreement and General Release is approved and the claims are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 10/12/2021

CLERK OF COURT

*Theresa J. B____* (signature)
Signature of Clerk or Deputy Clerk